Prob 12B

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

## PETITION TO MODIFY THE CONDITIONS OR TERM OF SUPERVISION
## WITH CONSENT OF THE OFFENDER

*(Probation Form 49, Waiver of Hearing, is on file)*

| | |
|---|---|
| **Offender Name:** | Perisha Woolridge |
| **Docket Number:** | 1:04CR05321-04 |
| **Offender Address:** | Merced, California |
| **Judicial Officer:** | Honorable Oliver W. Wanger<br>Senior United States District Judge<br>Fresno, California |
| **Original Sentence Date:** | 11/14/2005 |
| **Original Offense:** | <u>Count 6</u>: 21 USC 841(a)(1), Possession of Cocaine With Intent to Manufacture and Distribute Cocaine Base (CLASS A FELONY)<br><u>Count 7</u>: 21 USC 841(a)(1), Possession of Cocaine Base With Intent to Distribute Cocaine Base (CLASS B FELONY) |
| **Original Sentence:** | 31 months Bureau of Prisons, 60 months supervised release, $200 special assessment, and mandatory testing. |
| **Special Conditions:** | 1) Search and seizure; 2) Drug and alcohol treatment; 3) Drug and alcohol testing; 4) Co-payment plan; 5) Drug offender registration; and 6) Submit DNA. |
| **Type of Supervision:** | Supervised Release |
| **Supervision Commenced:** | 01/26/2007 |
| **Assistant U.S. Attorney:** | Dawrence W. Rice Jr.    **Telephone:** 559-497-4000 |
| **Defense Attorney:** | Glenn E. LoStracco    **Telephone:** 559-497-5297 |
| **Other Court Action:** | None. |

RE:   WOOLRIDGE, Piersha
      Docket Number:  1:04CR05321-01 OWW
      **PETITION TO MODIFY THE CONDITIONS OR TERM**
      **OF SUPERVISION WITH CONSENT OF THE OFFENDER**

---

## PETITIONING THE COURT

**To modify the conditions of supervision as follows:**

The defendant shall complete 50 hours of unpaid community service as directed by the probation officer.  The defendant shall pay fees attendant to participation and placement in this program on a sliding scale as determined by the program.  Community service shall be completed by December 2007.

**Justification:**  On May 1, 2007, Merced City Police Department cited the releasee for Petty Theft.  According to the arrest report, the releasee entered Albertson's grocery store and stole two items, dish liquid and an air freshener.  The releasee was cited with a notice to appear in court on May 29, 2007.  She appeared in court and was advised that her case had not been filed with the District Attorney's Office and is still pending.  The releasee was directed to contact the clerk's office every Monday to check the status of her case as the District Attorney's Office has up to one year to file.  The releasee admits her involvement in the offense and using bad judgment.   She is willing to accept the consequences of her actions and appears remorseful.

In order to address this violation and issues of accountability, this officer is recommending the Court modify her conditions of supervision to reflect the above special conditions. Attached is the signed "Waiver of Hearing to Modify Conditions of Supervised Release..." This modification will allow the releasee to remain in the community to care for her children and resolve her case with Merced County Superior Court.

2

Rev. 02/2007
VIOLATION__PETITION (PROB12B)
(MODIFICATION).MRG

**RE:     WOOLRIDGE, Piersha
        Docket Number:  1:04CR05321-01 OWW
        PETITION TO MODIFY THE CONDITIONS OR TERM
        OF SUPERVISION WITH CONSENT OF THE OFFENDER**


                            Respectfully submitted,

                            /s/ Marlene DeOrian

                            **Marlene DeOrian
                            United States Probation Officer**
                            Telephone:  559-499-5729


**DATED:**     June 28, 2007
              Fresno, California
              MKD


**REVIEWED BY:**     __/s/ Bruce A. Vasquez__
                    **Bruce A. Vasquez
                    Supervising United States Probation Officer**

RE:    WOOLRIDGE, Piersha
        Docket Number:  1:04CR05321-01 OWW
        **PETITION TO MODIFY THE CONDITIONS OR TERM**
        **OF SUPERVISION WITH CONSENT OF THE OFFENDER**

**THE COURT ORDERS:**

( X )   Modification approved as recommended.

(   )   Modification not approved at this time.  Probation Officer to contact Court.

(   )   Other:

IT IS SO ORDERED.

Dated:   July 2, 2007                                    /s/ Oliver W. Wanger
                                                          UNITED STATES DISTRICT JUDGE